IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN D. PROWEL, <br><br> Plaintiff(s) <br> v. <br> WISE BUSINESS FORMS <br><br> Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 06-cv-259 |

### REPORT OF NEUTRAL

A Mediation session was held in the above captioned matter December 15, 2009

The case (please check one):
X    has resolved
_____ has resolved in part (see below)
_____ has not resolved.

A follow up session, if applicable:
_____ is scheduled for date _____
_____ will be held with the neutral within _____ days
_____ parties agree that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

_____
_____
_____

Dated: 12-16-09

/s/ Louis Kushner
Signature of Neutral

Rev.03/09